# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-4102
_____

KEITH G. PERRY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


January 23, 2024


PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

LEWIS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Keith G. Perry, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.